UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3903-AB (JEM) | Date | Sep. 2, 2020 |
|---|---|---|---|
| Title | Bobby Lee Taylor v. United States | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Lorenzo | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 19, 2020, the Court issued a Memorandum and Order Dismissing Petition With Leave to Amend, in which the Petition was dismissed with leave to amend and Petitioner was ordered to file a First Amended Petition ("FAP") within thirty days.

On June 17, 2020, Petitioner filed a request for extension of time to file the FAP. On June 29, 2020, the Court granted Petitioner's request and extended his filing deadline to August 19, 2020.

To date, Petitioner has failed to file a FAP and has not requested another extension of time or explained his failure to comply with the extended filing deadline.

Accordingly, Petitioner is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a Court order based on Petitioner's failure to file a FAP. Petitioner shall file a written response to this Order to Show Cause no later than **September 16, 2020**. Cause may be shown if Petitioner files a FAP by this deadline or adequately explains his failure to do so.

Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a Court order.

cc: Parties

|  | : |
|---|---|
| Initials of Preparer | slo |